UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOTT EANES,

    Plaintiff,

v.                                        Case No:   2:16-cv-393-FtM-29CM

JOHN CUCKLER, ALABAMA
MEDICAL CONSULTANTS, INC.,
BIOMET, INC., BIOMET
ORTHOPEDICS, LLC, BIOMET
U.S. RECONSTRUCTION, LLC
and BIOMET MANUFACTURING,
LLC,

    Defendants.

## ORDER

Before the Court is Defendants Biomet, Inc., Biomet Orthopedics, LLC, Biomet Manufacturing, LLC and Biomet U.S. Reconstruction, LLC's Motion to Stay Pending Transfer to Multidistrict Proceedings (Doc. 12), filed on May 26, 2016.  For the reasons set forth below, Defendants' motion is denied without prejudice.

Local Rule 3.01(g), United States District Court, Middle District of Florida, requires that each motion filed in a civil case, with certain enumerated exceptions not at issue here, contain a statement "stating whether counsel agree on the resolution of the motion."  M.D. Fla. R. 3.01(g).  The Court notes that the motion does not include a certification pursuant to Rule 3.01(g) that Defendants conferred with opposing counsel in good faith prior to filing the motion and whether opposing

counsel agrees to the requested relief. Accordingly, the Court will deny without prejudice Defendants' motion for failure to comply with the local rules.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendants Biomet, Inc., Biomet Orthopedics, LLC, Biomet Manufacturing, LLC and Biomet U.S. Reconstruction, LLC's Motion to Stay Pending Transfer to Multidistrict Proceedings (Doc. 12) is **DENIED without prejudice**.  Defendants may re-file their motion in accordance with the local rules.

**DONE** and **ORDERED** in Fort Myers, Florida on this 27th day of May, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record